UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> SASSY SCISSOR CUTS, et al., <br><br> Defendants. | Case No.: 1: 11-CV-00657  AWI  JLT <br><br> ORDER GRANTING STIPULATION TO EXTEND NON EXPERT DISCOVERY TO MARCH 1, 2012 <br><br> (Doc. 19) |

Before the Court is the stipulation of counsel to extend non-expert discovery to March 1, 2012 from February 17, 2012. (Doc. 19 at 1)  Counsel explains that the extra time is needed due to difficulty in scheduling Plaintiff's deposition.  Id.

Therefore, good cause appearing, the stipulation to amend the scheduling is **GRANTED**. All non-expert discovery SHALL be completed no later than March 1, 2012.  No other amendments to the scheduling order are authorized.

IT IS SO ORDERED.

Dated:  **January 31, 2012**              /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE