UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., et al., | ) Case No.: 1:11-cv-00657 AWI JLT |
| Plaintiffs, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 24) |
| SASSY SCISSOR CUTS, et al., | ) |
| Defendants. | ) |

On April 9, 2012, the parties notified the Court that the matter had been settled. (Doc. 35) Pursuant to this Court's Local Rule 160, this Court **ORDERS**:

1. No later than May25, 2012, the parties **SHALL** file a stipulated request for dismissal;

2. All pending dates, motions, conferences and hearings, including the trial date, are **VACATED**;

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **April 10, 2012**                                             **/s/ Jennifer L. Thurston**
                                                                                 UNITED STATES MAGISTRATE JUDGE